**Order entered July 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00630-CV

**TRENT S. GRIFFIN, Appellant**

**V.**

**AMERICAN ZURICH INSURANCE COMPANY, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05893**

## ORDER

On May 28, 2019, appellant filed a statement of inability to afford payment of court costs or an appeal bond. The clerk's record was filed without costs on May 31, 2019. The reporter's record is overdue.

Before the Court are the June 26, 2019 letter of Thu Bui, Official Court Reporter of the 101st Judicial District Court, and appellant's June 28, 2019 motion to compel the court reporter to file the record. Ms. Bui notifies us in her letter that the record would not be filed because appellant has not made payment. She acknowledges in her letter that appellant had filed the statement of inability to pay costs. She states, however, that a hearing was held on June 6, 2019 regarding "his inability to pay for the Reporter's record." She further states appellant did not

show up for the hearing and "therefore his indigenous status was not established and the Reporter's record will need advance payment before filing with the Court of Appeals."

A party who files a statement of inability to afford payment of court costs cannot be required to pay costs except by order of the trial court. *See* TEX. R. CIV. P. 145(a). Because the record before this Court contains neither a motion by Ms. Bui to require appellant to prove his inability to afford costs or a signed order requiring appellant to pay costs, we **GRANT** the motion. *See id*. 145(f)(4), (6). We **ORDER** Ms. Bui to file the reporter's record, without payment of costs, by **August 8, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Staci Williams, Presiding Judge of the 101st Judicial District Court; Ms. Bui; and all parties.

/s/     BILL WHITEHILL
        JUSTICE